Roberta L. Steele, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

Damien A. Lee, Assistant Regional Attorney
Clive A. Pontusson, Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA  98104
clive.pontusson@eeoc.gov
Tel: (206) 576-3042

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>R & SL, INC d/b/a TOTAL EMPLOYMENT AND MANAGEMENT.<br><br>Defendant. | CIVIL ACTION NO.  3:24-cv-5813<br><br>**COMPLAINT**<br><br>JURY TRIAL DEMAND |

NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission ("Commission" or "EEOC") brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended, to compel specific performance of a Conciliation Agreement resolving a charge of discrimination filed with the Commission. The Commission alleges that it entered into a Conciliation Agreement

*EEOC v. R & SL, Inc. d/b/a Total Employment and Management*
**COMPLAINT**
Page 1 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 576-3000
Fax (206) 220-6911
TDD (206) 220-6882

with Defendant R & SL, Inc. d/b/a Total Employment and Management, Inc. ("Defendant") on or about February 8, 2023, in resolution of a charge filed by Charging Party, Angelica Cruz. The Commission further alleges that Defendant breached the Conciliation Agreement by failing and refusing to abide by the terms thereof. The Commission brings this action to enforce the Conciliation Agreement and seeks injunctive relief and monetary relief on behalf of Cruz and a class of similarly aggrieved employees, including pecuniary compensatory damages and prejudgment interest.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII").

2. The breach of contract alleged to be unlawful was committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff EEOC is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (f)(3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

4. At all relevant times, Defendant has been a corporation continuously doing business in the State of Washington and continuously employing at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

//

//

*EEOC v. R & SL, Inc. d/b/a Total Employment and Management*
**COMPLAINT**
Page 2 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 576-3000
Fax (206) 220-6911
TDD (206) 220-6882

STATEMENT OF CLAIMS

6. On September 16, 2021, Angelica Cruz filed Charge of Discrimination No. 551-2021-03228 with the Commission, alleging violations of Title VII by Defendant. In her charge, Cruz alleged that she was subjected to discrimination by Defendant based on her National Origin (Hispanic). Cruz further alleged that she was discharged in March 2021 based on her National Origin and in retaliation for engaging in protected activity.

7. The Commission investigated Cruz's charge and issued a determination letter dated July 28, 2022. In the determination letter, the Commission found reasonable cause to believe that Defendant had violated Title VII by subjecting Cruz and a class of five (5) similarly aggrieved employees ("Class Members") to discrimination on the basis of their National Origin. The Commission thereafter successfully resolved the discrimination claim through the voluntary conciliation process provided for by Title VII with Defendant, Cruz, and five Class Members. The terms of the settlement were memorialized in a written Conciliation Agreement signed by Defendant on January 20, 2023, signed by Cruz on January 24, 2024, and signed by the Commission on February 8, 2023. A true and correct copy of the Conciliation Agreement is attached hereto as Exhibit A and incorporated herein by reference.

8. Under the terms of the Conciliation Agreement, Defendant was required, *inter alia*, to:

(a) post notice of the Conciliation Agreement to its employees and provide the EEOC with confirmation of its compliance with the notice posting requirement;

(b) revise its antidiscrimination policies and provide the EEOC with copies of those policies within ninety (90) days;

(c) conduct equal employment opportunity trainings for its employees annually, and notify the EEOC within fifteen (15) days that the trainings have been completed and provide a list of those employees who attended;

(d) pay Angelica Cruz One Hundred and One Thousand Five Hundred and Twenty

*EEOC v. R & SL, Inc. d/b/a Total Employment and Management*
**COMPLAINT**
Page 3 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 576-3000
Fax (206) 220-6911
TDD (206) 220-6882

Three Dollars and Eighty Cents ($101,523.80) as principal, plus 5.42% interest compounded monthly, in thirty-six (36) monthly installments by the tenth business day of each month;

(e) pay five (5) Class Members a total of One Hundred Seventy Four Thousand Four Hundred and Seventy Six Dollars and Twenty Cents ($174,476.20) as principal, plus 5.42% interest compounded monthly, in thirty-six (36) monthly installments by the tenth business day of each month; and

(f) provide the EEOC confirmation that each monthly payment to the Charging Party and Class Members has been made consistent with the terms of the Conciliation Agreement.

9. The Conciliation Agreement provides that the nonmonetary provisions of the Conciliation Agreement remain in effect for four (4) years from the date of the execution of the Conciliation Agreement.

10. The Conciliation Agreement provides that failure to perform the payment(s) and/or comply with the reporting obligations will constitute breach of the Conciliation Agreement and entitle the Commission to immediately seek enforcement of the Conciliation Agreement in U.S. District Court.

11. Defendant breached Section II(1-3) of the Conciliation Agreement by ceasing to make monthly installment payments to the Charging Party and Class Members after March 10, 2024, having made fourteen payments. The total principal amount remaining to be paid to Charging Party and the Class Members is One Hundred Sixty Eight Thousand Six Hundred and Sixty Six Dollars and sixty seven cents ($168,666.67) plus interest of 5.42% compounded monthly.

12. EEOC advised Defendant on August 13, 2024 that it was out of compliance with the Agreement. Defendant did not respond to the EEOC and has not resumed making payments.

13. On information and belief, Defendant does not intend to comply with the nonmonetary terms of the Conciliation Agreement in the future.

*EEOC v. R & SL, Inc. d/b/a Total Employment and Management*
**COMPLAINT**
Page 4 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 576-3000
FAX (206) 220-6911
TDD (206) 220-6882

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a judgment ordering Defendant to pay Angelica Cruz the outstanding principal balance due to her under the Conciliation Agreement, which Defendant negotiated and agreed to pay, plus 5.42% of interest compounded monthly and prejudgment interest.

B. Grant a judgment ordering Defendant to pay the Class Members the outstanding principal balance due to them under the Conciliation Agreement, which Defendant negotiated and agreed to pay, plus 5.42% of interest compounded monthly and prejudgment interest;

C. Order Defendant to make whole Angelica Cruz and Class Members by providing them compensation for any past and future pecuniary losses resulting from the breach of the Conciliation Agreement attached hereto as Exhibit A, in amounts to be determined at trial;

D. Grant a judgment ordering Defendant to pay the legal costs associated with the collection of the amount due and owing;

E. Order Defendant to adhere to the nonmonetary terms of the Conciliation Agreement for four (4) years from the date of the Order;

F. Grant such further relief as the Court deems necessary and proper in the public interest; and

G. Award the Commission its costs of this action.

\\

\\

\\

\\

\\

\\

\\

*EEOC v. R & SL, Inc. d/b/a Total Employment and Management*
**COMPLAINT**
Page 5 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 576-3000
Fax (206) 220-6911
TDD (206) 220-6882

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

DATED this 26th day of September 2024.

| ROBERTA L. STEELE | KARLA GILBRIDE |
|---|---|
| Regional Attorney | General Counsel |
| | |
| DAMIEN A. LEE | CHRISTOPHER LAGE |
| Assistant Regional Attorney | Deputy General Counsel |

CLIVE A. PONTUSSON
Trial Attorney

BY: */s/ Roberta Steele*

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400              Office of the General Counsel
Seattle, WA  98104-1061                  131 "M" Street NE
Telephone (206) 576-3011                 Washington, D.C. 20507
Facsimile (206) 220-6911

Attorneys for Plaintiff EEOC

*EEOC v. R & SL, Inc. d/b/a Total Employment and Management*
**COMPLAINT**
Page 6 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 576-3000
FAX (206) 220-6911
TDD (206) 220-6882

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 26th day of September 2024.

>  */s/ Jimmy Yen*
> Jimmy Yen
> Paralegal Specialist
> Equal Employment Opportunity Commission
> 909 First Ave., Suite 400
> Seattle, Washington 98104
> Telephone: 206-576-3043
> Fax: 206-576-3043
> Email: Jimmy.Yen@eeoc.gov

*EEOC v. R & SL, Inc. d/b/a Total Employment and Management*
**COMPLAINT**
Page 7 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 576-3000
Fax (206) 220-6911
TDD (206) 220-6882